# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**DONALD LOWE,**

        **Plaintiff,**        **CIVIL ACTION NO. 08-CV-10269-DT**

   **vs.**

                      **DISTRICT JUDGE DAVID M. LAWSON**

**SEETHA VADLAMUDI,**     **MAGISTRATE JUDGE MONA K. MAJZOUB**
**ELIZABETH TATE, RUTH**
**INGRAM, CORRECTIONAL**
**MEDICAL SERVS., PATRICIA**
**CARUSO**
        **Defendants.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion to Amend his Response to Defendant Correctional Medical Services' Motion to Dismiss or for Summary Judgment. (Docket no. 45). Plaintiff wishes to add exhibits X, Y, and Z to his Response. Defendants have not responded to Plaintiff's Motion. All pretrial matters have been referred to the undersigned for action. (Docket no. 8). The Court dispenses with oral argument pursuant to E.D. Mich. LR 7.1(e). This matter is ready for ruling.

The Court finds good cause to grant this unopposed motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Amend (docket no. 45) is **GRANTED.**

## NOTICE TO THE PARTIES

-1-

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: October 02, 2008     s/ Mona K. Majzoub
             MONA K. MAJZOUB
             UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Donald Lowe and Counsel of Record on this date.

Dated: October 02, 2008     s/ Lisa C. Bartlett
             Courtroom Deputy